

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 16 2015

TYLER, TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0799          DATE: 10/15/2015
COA #: 12-14-00016-CV     TC#: 3-41887
STYLE: JUAN ENRIQUEZ
  v. RICK THALER, BRAD LIVINGSTON, OLIVER BELL, TODD
  FOXWORTH, JOHN RUPERT, AND REYNALDO CASTRO

    Today the Supreme Court of Texas granted the
motion for extension of time to file petition for
review under TEX. R. APP. P. 53.7(f) in the above-

         MS. CATHY S. LUSK
         CLERK, TWELFTH COURT OF APPEALS
         1517 WEST FRONT, SUITE 354
         TYLER, TX  75702

FILE COPY

referenced case.  The petition for review is due to be filed no later than **November 16, 2015**.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX   75702